VINCENT SQUEO AND
FELICIA SQUEO,

     *Plaintiffs,*

     *v.*                          Case No: 2:25-cv-1180

CITY OF LAKE GENEVA AND
MICHAEL MCBRIDE,

     *Defendants.*

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68

Plaintiffs Vincent and Felicia Squeo, by their attorneys, Strang Bradley, LLC, give notice to the Court that they have accepted the offer of judgment of Defendants City of Lake Geneva and Michael McBride.

On 21 April 2026, the defendants served Plaintiff Vincent Squeo an offer of judgment under Fed. R. Civ. P. 68 for $40,000, including Plaintiff's costs and attorney fees accrued as of the time of the offer. Ex. A. (Defendants' offer of judgment to Plaintiff Vincent Squeo under Rule 68).

On 21 April 2026, the defendants served Plaintiff Felicia Squeo an offer of judgment under Fed. R. Civ. P. 68 for $15,000, including Plaintiff's costs and attorney fees accrued as of the time of the offer. Ex. B. (Defendants' offer of judgment to Plaintiff Felicia Squeo under Rule 68).

On 29 April 2026, the plaintiffs electronically sent the defendants a written acceptance of the offer. Ex. C (acceptance of the offer); *see* Fed. R. Civ. P. 68(a). The parties have agreed that service by e-mail is proper service. *See* ECF No. 12.

Under Rule 68(a), "If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

Because Defendants have offered to allow judgment against them under Rule 68 and Vincent and Felicia Squeo have accepted, the clerk must enter judgment in favor of Vincent Squeo and Felicia Squeo on their claim. *Id.*

Dated 29 April 2026,

/s/R. Rick Resch
John H. Bradley
  Wisconsin Bar No. 1053124
R. Rick Resch
  Wisconsin Bar No. 1117722
William E. Grau
  Wisconsin Bar No. 1117724
STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
William@StrangBradley.com

*Attorneys for Vincent and Felicia Squeo*