VINCENT SQUEO AND
FELICIA SQUEO,

     *Plaintiffs,*

     *v.*                               Case No: 2:25-cv-1180

CITY OF LAKE GENEVA AND
MICHAEL MCBRIDE,

     *Defendants.*

## DECLARATION OF R. RICK RESCH

I, R. Rick Resch, declare and state that:

1.     I am an attorney with Strang Bradley, LLC and one of the attorneys of record representing the Plaintiffs in the above-captioned case and I make this declaration based on personal knowledge.

2.     Exhibit A is a true and correct copy of defendants' April 21, 2026, offer of judgment to Vincent Squeo under Fed. R. Civ. Pro. 68.

3.     Exhibit B is a true and correct copy of defendants' April 21, 2026, offer of judgment to Felicia Squeo under Fed. R. Civ. Pro. 68.

4.     Exhibit C is a true and correct copy of my April 29, 2026, email to counsel for the defendants accepting the Rule 68 offers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2026,

 /s/ R. Rick Resch 
R. Rick Resch

2