**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

VINCENT SQUEO and
FELICIA SQUEO,

       Plaintiffs,

v.                                    Case No: 2:25-cv-1180

CITY OF LAKE GENEVA and
MICHAEL McBRIDE,

       Defendants.

---

OFFER OF JUDGMENT TO VINCENT SQUEO
PURSUANT TO FED. R. CIV. P. 68

---

TO:   Plaintiff Vincent Squeo
       c/o Attorney R. Rick Resch
       Strang Bradley, LLC
       613 Williamson St., Suite 204
       Madison, WI  53703

Defendants City of Lake Geneva and Michael McBride ("Defendants"), by their attorneys, Stafford Rosenbaum LLP, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offer to allow Plaintiff Vincent Squeo to take judgment against the Defendants as described in the terms set forth below. The purpose of this offer of judgment is to resolve any and all of Plaintiff's claims for relief in the above captioned matter against the Defendants. The Offer of Judgment terms are:

> Plaintiff Vincent Squeo shall take a Judgment for the total sum of $40,000.00 (Forty thousand dollars and no/100), which is inclusive of all claims for damages sustained by Plaintiff herein, including all costs and attorneys' fees incurred by Plaintiff through the date of this offer.

1

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not an admission of liability by any of the Defendants, but rather is made solely for the purpose of compromising disputed claims. Pursuant to said Rule, if this Offer is not accepted in writing by Plaintiff within 14 day of the service of the offer upon him, and Plaintiff fails to recover a judgment with terms and amounts that are more favorable to those offered on this date, Plaintiff shall not recover costs, including attorneys' fees incurred subsequent to the date of this offer, and Defendants shall recover their costs incurred after the offer was made.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated:  April 21, 2026.

STAFFORD ROSENBAUM LLP

*Electronically signed by Kyle W. Engelke*
Kyle W. Engelke, SBN 1088993
James B. Woywod, SBN 1094263
*Attorneys for Defendants, City of*
*Lake Geneva and Michael McBride*

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
Email:  kengelke@staffordlaw.com
        jwoywod@staffordlaw.com
608.256.0226

2