**Subject:** Re: Squeo v. Lake Geneva - Offers of Judgment
**Date:** Wednesday, April 29, 2026 at 12:30:42 PM Central Daylight Time
**From:** Rick Resch
**To:** Kyle Engelke
**CC:** James B. Woywod, Melissa Hammersley, Kate McCarthy

Kyle,

Vincent and Felicia accept your Rule 68 offers. This is written notice of their acceptance. We will file the documents with the Court. Feel free to call me with any questions.

-Rick

**R. Rick Resch**
**Strang Bradley LLC**
613 Williamson St, Suite 204
Madison, WI 53703
(608) 535-1550
Rick@StrangBradley.com

---

**From:** Melissa Hammersley <MHammersley@staffordlaw.com>
**Date:** Tuesday, April 21, 2026 at 5:03 PM
**To:** Rick Resch <Rick@strangbradley.com>
**Cc:** Kyle Engelke <kengelke@staffordlaw.com>; James B. Woywod <jwoywod@staffordlaw.com>
**Subject:** Squeo v. Lake Geneva - Offers of Judgment

See the attached from Attorney Engelke regarding Defendants' Offers of Judgment. The same have been deposited in the U.S. Mail today.

Melissa

**STAFFORD ROSENBAUM**

**Celebrating 140 Years of Excellence**

**Melissa A Hammersley** | Legal Assistant / Certified Paralegal, SBWCP
**MHammersley@staffordlaw.com** | **608.259.2608** |
222 West Washington Avenue, Suite 900
P.O. Box 1784 | Madison, Wisconsin 53701-1784
**www.staffordlaw.com** | **Stafford Blogs** | **LinkedIn**

*Wisconsin member firm of ALFA International,*
*the premiere global network of independent law firms.*

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.